| | |
|---|---|
| 1  James R. Hawkins (SBN 192925)<br>   james@jameshawkinsaplc.com<br>2  Gregory E. Mauro (SBN 222239)<br>   greg@jameshawkinsaplc.com<br>3  JAMES HAWKINS APLC<br>   9880 Research Drive, Suite 200<br>4  Irvine, California 92618<br>   Tel: (949) 387-7200<br>5  Fax: (949) 387-6700 | DENIED<br>BY ORDER OF<br>DAVID O. CARTER<br>UNITED STATES DISTRICT JUDGE<br>ON JUNE 3, 2010 |

6  Attorneys For Plaintiff
   Alegria A. Almero
7

8  Jonathan M. Brenner (SBN 162366)
   jbrenner@sidley.com
9  Max C. Fischer (SBN 226003)
   mfischer@sidley.com
10 Lior Ziv (SBN 240017)
   lziv@sidley.com
11 SIDLEY AUSTIN LLP
   555 West Fifth Street, Suite 4000
12 Los Angeles, California  90013-1010
   Telephone: (213) 896-6000
13 Facsimile: (213) 896-6600

14
   Attorneys For Defendant
15 Quest Diagnostics Incorporated

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18                          SOUTHERN DIVISION

| | |
|---|---|
| ALEGRIA A. ALMERO, an individual, on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>QUEST DIAGNOSTICS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.  SACV 08-0794 DOC (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>State Action Filed:  June 17, 2008<br><br>Removed:  July 18, 2008<br><br>**[PROPOSED] ORDER RE STIPULATION TO SHORTEN THE NOTICE PERIOD ON PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

[PROPOSED] ORDER TO SHORTEN NOTICE PERIOD

1  Having considered the stipulation and good cause appearing, the hearing
2  date on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action
3  Settlement shall be scheduled for May 17, 2010 at 8:30 a.m. in the above-entitled
4  Court.

**IT IS SO ORDERED.**

Dated: _____   `DENIED`
                                Hon. David O. Carter