JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ALEGRIA A. ALMERO, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>QUEST DIAGNOSTICS, INC., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. SACV 08-0794 DOC (RNBx)<br><br>Assigned to Hon. David O. Carter<br><br>State Action Filed: June 17, 2008<br><br>Removed: July 18, 2008<br><br>**FINAL JUDGMENT** |

# JUDGMENT

The Court, having granted final approval of the Stipulation of Settlement filed with the Court on or about April 29, 2010 (the "Settlement"), between Named Plaintiff Alegria A. Almero ("Named Plaintiff"), Defendant Quest Diagnostics Incorporated ("Quest Diagnostics"), and members of the Settlement Class (as that term is defined below),

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The parties are directed to implement the Settlement, as attached hereto as Exhibit A, according to its terms.

2. This action and all claims asserted herein are dismissed in their entirety with prejudice.

3. The Release and Waiver of Claims, as set forth in Paragraph VI.A. of the Settlement, is expressly incorporated herein in all respects and is effective in accordance with its terms. The Release and Waiver of Claims is binding upon the Named Plaintiff and all members of the Settlement Class who have not timely opted out.

4. Pursuant to Paragraph I.S. of the Settlement, the "Settlement Class" is defined as follows:

All non-exempt regular full-time and part-time employees employed at, or providing direct logistics, administrative, or customer service support to, any Quest Diagnostics Incorporated laboratory in the State of California between June 17, 2004 through the date of preliminary approval of the Settlement. The foregoing definition shall include only persons employed physically in the State of California and only the period of time a person was employed at or in support of a laboratory, and shall not include any period of time during which any such person was employed at any Quest Diagnostics Patient Service Center or who has performed his or her job duties exclusively outside of the State of California.

5.     Named Plaintiff and all members of the Settlement Class who have not timely opted out, and anyone acting on their behalf (including, but not limited to, attorneys, representatives, and agents of Named Plaintiff or any member of the Settlement Class), are hereby permanently barred and enjoined from instituting, commencing, prosecuting, or continuing to prosecute, directly or indirectly, as an individual or collectively, representatively, derivatively, or on behalf of himself, herself, or itself, or in any other capacity of any kind whatsoever, any action in this Court, any other state court, or any arbitration or mediation proceeding or any other similar proceeding, against any released party (as set forth in the Settlement, including, but not limited to, Quest Diagnostics and/or the Quest Diagnostics Entities, their respective current or former divisions, professional employer organizations, subsidiaries, affiliates, predecessors or successors in interest, or the officers, directors, shareholders, employees, attorneys, agents, assigns, insurers, benefit plans, administrators and trustees of any of them), that asserts any claims that are released Release and Waiver of Claims, as set forth in Paragraph VI.A. of the Settlement. Any person who violates this injunction shall pay the costs and attorneys' fees incurred by any released party as a result of the violation.

6.     Settlement payments to members of the Settlement Class shall be paid on or before the deadline and in the manner set forth in the Settlement.

7.     Pursuant to its order granting final approval of the Settlement, the Court awarded reasonable attorneys' fees to Named Plaintiff's counsel in the amount of $500,000, costs to Named Plaintiff's counsel in the amount of $8,260.13, and an incentive award to Named Plaintiff in the amount of $7,000. The attorneys' fees and costs to Named Plaintiff's counsel, and the incentive award to Named Plaintiff, shall be paid on or before the deadline and in the manner described in the Settlement.

8.     Pursuant to its order granting final approval of the Settlement, the Court approved $75,000 in administrative costs to administer the settlement. This

cost shall be paid on or before the deadline and in the manner described in the Settlement.

9. This Judgment shall be deemed Final when the Court signs this Judgment and the Order Granting Final Approval of Class Action Settlement.

10. The failure of any party to perform any of its obligations hereunder shall not subject such party to any liability or remedy for damages, or otherwise, where such failure is occasioned in whole or in part by acts of God, fires, accidents, earthquakes, other natural disasters, explosions, floods, wars, interruptions or delays in transportation, power outages, governmental laws, restrictions, rules or regulations, sabotage, terrorist acts, acts or failures to act of any third parties, or any other similar or different circumstances or causes beyond the reasonable control of such party.

11. The Court hereby reserves continuing and exclusive jurisdiction over all matters related to the administration and consummation of the terms of the Settlement, over the enforcement, construction, and interpretation of the Settlement and this Judgment, including, but not limited to, the provisions enjoining any further litigation of settled claims, and over Named Plaintiff and all members of the Settlement Class (and their attorneys and law firms) in connection herewith.

12. Notwithstanding the reservation of jurisdiction in Paragraph 13, this is a final and appealable judgment that ends the litigation of all claims alleged in this action. The Clerk is directed to enter this Judgment forthwith.

IT IS SO ORDERED.

Dated: December 8, 2010  _____
                                                       Hon. David O. Carter
                                                      United States District Court Judge